**No. 46274.**—Protest 29952–K of Sprouse-Reitz Co. (San Francisco).

Opinion by DALLINGER, J. It was stipulated that the pencil sharpeners in question are similar in all material respects to those the subject of Abstract 41633. The claim at 40 percent under paragraph 339 was therefore sustained.